ORIGINAL

AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 02-00260 DAE 04 |

YOLANDA MYERS
(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>AS DESIGNATED |
|---|---|
| | Date and Time<br>July 20, 2006 @ 10:30 a.m. |
| Before: David Alan Ezra, United States District Judge | |

To Answer a(n) Probation/Supervised Release Violation Petition

Charging you with a violation of Title United States Code, Section(s) .

Brief description of offense:
Order to Show Cause Why Supervision Should Not Be Revoked.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 5 2006

at 2 o'clock and 10 min. P M
SUE BEITIA, CLERK

RECEIVED
2006 JUL -3 AM 10: 55
U.S. MARSHALS SERVICE
HONOLULU, HI

_____
Sue Beitia
Name and Title of Issuing Officer

_____                    6/15/06
Signature of Issuing Officer/Deputy Clerk            Date

AO 83 (Rev. 12/85) Summons in a Criminal Case                    CR 02-00260 DAE 04

## RETURN OF SERVICE

Service as made by me on:[1]                    Date 7-5-2006  1300

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: U.S. Probation Office 300 Ala Moana Blvd C-110 Honolulu, HI 96850

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on  7-5-2006
                Date

Name of United States Marshal ~~Mark M. Hanohano~~

_Merill N Lau_
US Probation Officer
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure