PETER C. WOLFF, JR.   #2332
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK   #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       fpdhi@hotmail.com

Attorney for Defendant
YOLANDA MYERS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 02-00260 DAE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) CONTINUE HEARING ON ORDER |
| vs. | ) TO SHOW CAUSE WHY |
| | ) SUPERVISED RELEASE SHOULD |
| YOLANDA MYERS, | ) NOT BE REVOKED |
| | ) |
| Defendant. | ) New Date:   September 21, 2006 |
| | ) New Time:  1:30 p.m. |
| | ) |

**STIPULATION AND ORDER TO CONTINUE
HEARING ON ORDER TO SHOW CAUSE WHY
<u>SUPERVISED RELEASE SHOULD NOT BE REVOKED</u>**

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that Defendant YOLANDA MYERS' hearing regarding the Order to

Show Cause Why Supervised Release Should Not Be Revoked presently set for July 20, 2006, at 9:00 a.m. be and is hereby continued to September 21, 2006, at 1:30 p.m. before Judge David A. Ezra.

    IT IS SO STIPULATED:

    DATED:  Honolulu, Hawaii, July 14, 2006.

        /s/ Shanlyn A.S. Park
        SHANLYN A.S. PARK
        Attorney for Defendant
        YOLANDA MYERS

        /s/ Kenneth Sorenson
        KENNETH SORENSON
        Attorney for Plaintiff
        UNITED STATES OF AMERICA

    IT IS APPROVED AND SO ORDERED:

    DATED:  Honolulu, Hawaii, July 14, 2006.



        David Alan Ezra
        United States District Judge

UNITED STATES v. YOLANDA MYERS
CR. NO. 02-00260 DAE
STIPULATION AND ORDER TO CONTINUE HEARING ON ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED