# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 02-00260DAE |
| CASE NAME: | USA v. (04)Yolanda Myers |
| ATTYS FOR PLA: | Ken Sorenson |
| ATTYS FOR DEFT: | Shanlyn Park |
| USPO: | Merilee Lau |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 10/09/2007 | TIME: | 11:15am-11:35pm |

COURT ACTION: EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant present, not in custody.

Defendant admits to all violations.

Order to Show Cause Why Supervised Released Should Not Be Revoked-HELD IN ABEYANCE until moved on by the U.S. Attorneys Office.

SUPERVISED CONDITION ADDED:

▸ That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision.

Current conditions of supervised release to continue.

Submitted by: Theresa Lam, Courtroom Manager